# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3676
_____

KALIM NYABINGHI MILLER,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS and JULIE L.
JONES, Secretary, Florida
Department of Corrections,

Appellees.

_____


On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

January 16, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WOLF and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kalim Nyabinghi Miller, pro se, Appellant.

Kenneth Steely, General Counsel, Pamela Jo Bondi, Attorney General, and Erik Kverne, Assistant Attorney General, Tallahassee, for Appellees.